IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

CRETE CARRIER CORPORATION )
)
    Plaintiff )
)
v. ) No.: 3:13cv1228
) Judge Sharp
TIN, INC., ET AL ) Magistrate Judge Knowles
)
    Defendant )

## AGREED ORDER OF CONTINUANCE OF THE
## INITIAL CASE MANAGEMENT CONFERENCE

By agreement of the parties, and for good cause shown, upon the filing of this Agreed Order, it is ORDERED that case management conference scheduled for the above-captioned matter is hereby re-set to January 22, 2014 at 11:00 a.m.

ENTER this the _____ day of _____, 2013

_____
Magistrate Judge E. Clifton Knowles

APPROVED FOR ENTRY:

/s/ Michael J. Stanuszek
Michael J. Stanuszek, BPR #025083
Attorney for Plaintiff

HAYNES, MEEK, SUMMERS & STANUSZEK
900 S. Gay Street, Suite 2107
Knoxville, Tennessee 37902
(865) 546-8706

/s/ Andrew B. Campbell
Andrew B. Campbell, BPR #14258
Attorney for Defendant

WYATT, TARRANT & COMBS, LLP
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
(615) 244-0020